```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHARLES CURRIN,                                             :
                                                            :
                                Plaintiff,                  :
                                                            :           20-CV-6047 (VSB)
                -against-                                   :
                                                            :               ORDER
GLENWOOD MANAGEMENT CORP.,                                  :
                                                            :
                                Defendant.                  :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      On August 10, 2020, Defendant filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  (Doc. 8.)  Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby:

      ORDERED that Plaintiff shall file any amended complaint by August 31, 2020.  It is unlikely that Plaintiff will have a further opportunity to amend.

      IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by September 9, 2020.  Defendant's reply, if any, shall be served by September 23, 2020.  At the time any reply is served, the moving party shall supply Chambers with two courtesy copies of all motion papers pursuant to my Individual Rules by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      IT IS FURTHER ORDERED that the Clerk's Office shall a mail of a copy of this Order

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2020

to the pro se Plaintiff.

SO ORDERED.

Dated: August 11, 2020
      New York, New York

Vernon S. Broderick
United States District Judge