# jackson|lewis

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains NY 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MINNEAPOLIS, MN | PROVIDENCE, RI |
| ALBUQUERQUE, NM | HARTFORD, CT | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ATLANTA, GA | HONOLULU, HI* | MORRISTOWN, NJ | RAPID CITY, SD |
| AUSTIN, TX | HOUSTON, TX | NEW ORLEANS, LA | RICHMOND, VA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NEW YORK, NY | SACRAMENTO, CA |
| BIRMINGHAM, AL | JACKSONVILLE, FL | NORFOLK, VA | SALT LAKE CITY, UT |
| BOSTON, MA | KANSAS CITY REGION | OMAHA, NE | SAN DIEGO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CINCINNATI, OH | LONG ISLAND, NY | ORLANDO, FL | SAN JUAN, PR |
| CLEVELAND, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| DALLAS, TX | MADISON, WI | PHOENIX, AZ | ST. LOUIS, MO |
| DAYTON, OH | MEMPHIS, TN | PITTSBURGH, PA | TAMPA, FL |
| DENVER, CO | MIAMI, FL | PORTLAND, OR | WASHINGTON DC REGION |
| DETROIT, MI | MILWAUKEE, WI | PORTSMOUTH, NH | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (631) 247-4675
EMAIL ADDRESS: ADAM.GUTTELL@JACKSONLEWIS.COM

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 10/2/2020

The Clerk of Court is directed to mail of coy of this order to pro se Plaintiff.

September 30, 2020

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

      Re: Currin v. Glenwood Management Corp.
        <u>Case No. 1:20-cv-06047 (VSB)(DCF)</u>

Dear Judge Broderick:

   This firm represents Defendant, Glenwood Management Corp., in the above-referenced matter. We write jointly with *pro se* Plaintiff to request an adjournment of two weeks of all dates in Your Honor's September 1, 2020 Order (Dkt. 13). Specifically, the parties seek the following adjournment of dates:

- Plaintiff's time to file an amended complaint, extended from September 30, 2020 to October 14, 2020;
- Plaintiff's time to submit opposition to Defendant's motion to dismiss, extended from October 9, 2020 to October 23, 2020; and
- Defendant's time to submit reply, extended from October 23, 2020 to November 6, 2020.

   This is the second request for an extension by either Party, and all parties consent. This request is being made because the Plaintiff has notified Defendant that he is ill and asked that Defendant request a two-week extension on his behalf. While the parties have been working toward a resolution in principle, it is not yet finalized.

          Respectfully submitted,

          JACKSON LEWIS P.C.

         By: */s/ Adam G. Guttell*
           Adam G. Guttell

cc: Charles Currin (Plaintiff *pro se*)
4820-1000-8269, v. 1