**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHARLIE G. CURRIN,

                Plaintiff,                    20 **CIVIL** 6047 (DLC)

      -against-                       **JUDGMENT**

GLENWOOD MANAGEMENT CORP.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 8, 2021, Glenwood's motion to dismiss is granted. Pursuant to 28 U.S.C. § 1915(a)(3), any appeal from the Opinion would not be taken in good faith. Judgment is entered for the defendants; accordingly, this case is closed.

**Dated:**  New York, New York
          October 12, 2021

                                                     **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                          **BY:**
                                                        **Deputy Clerk**