```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
CHARLIE G. CURRIN,                     :
                                       :
                     Plaintiff,        :     20cv6047 (DLC)
                                       :
          -v-                          :     ORDER
                                       :
GLENWOOD MANAGEMENT CORP.,             :
                                       :
                     Defendant.        :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

Charlie G. Currin, proceeding pro se, has moved, pursuant to Rule 4(a)(5), Fed. R. App. P., to extend the deadline to file a notice of appeal of this Court's October 8, 2021 Opinion and Order that dismissed his complaint. He also moves to proceed in forma pauperis on appeal. While he moves to extend the deadline after the prescribed 30 day period expired, he cites as good cause for an extension his disability and difficulty accessing the office of the Clerk of Court. Accordingly, it is hereby

ORDERED that the motion for extension of time to file a notice of appeal is granted. The deadline to file a notice of appeal is extended to **December 7, 2021.**

IT IS FURTHER ORDERED that the motion to proceed in forma pauperis is denied. The October 8, 2021 Opinion and Order concluded that any appeal would not be taken in good faith, and

under such circumstances, an appeal may not be taken <u>in forma pauperis</u>.  28 U.S.C. § 1915(a)(3).

Dated:  New York, New York
        November 18, 2021

                                        _____
                                              DENISE COTE
                                        United States District Judge